**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| wineCRAFT, LLC, | : | Case No. 1:24-cv-292 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ELV-Oregon LLC, | : | |
| Defendant. | : | |

**ORDER**

The above-captioned matter is hereby TRANSFERRED from the docket of the Honorable Matthew W. McFarland to the Clerk of this Court for reassignment.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___*/s/ Matthew W. McFarland*___
JUDGE MATTHEW W. McFARLAND